UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------   X
                                                          :
SAMANTHA DIAZ,                                            :
                                                          :
                                         Plaintiff,       :
          -against-                                       :
                                                          :
                                                          :   **ORDER**
                                                          :
                                                          :   21 Civ. 8924 AKH)
                                                          :
BRONXCARE HEALTH SYSTEM,                                  :
                                                          :
                                         Defendant.       :
                                                          :
-------------------------------------------------------   X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

All discovery must be completed by January 12, 2024. This is the third adjournment of the discovery period, and no further adjournment will be given. The parties will meet with the Court again on January 26, 2024 at 10:00 a.m. virtually. Dial-in information will follow.

SO ORDERED.

Dated:   November 16, 2023                   __/s/ Alvin K. Hellerstein__
         New York, New York                  ALVIN K. HELLERSTEIN
                                             United States District Judge