UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
                                                                            :

SAMANTHA DIAZ,                                 :

                                            Plaintiff,  :

       -against-                               :

                                                      :    **ORDER**

                                                      :    21 Civ. 8924 AKH)

BRONXCARE HEALTH SYSTEM,      :

                                  Defendant.  :

---------------------------------------------------------- X

       ALVIN K. HELLERSTEIN, U.S.D.J.:

       On joint application, and despite numerous extensions in the past, the parties seek an enlargement of discovery to February 16, 2024. The motion is granted on the condition that no further requests will be made. The parties will return to the Court for a conference on February 23, 2024 at 10:00 a.m.

       SO ORDERED.

Dated:       January 26, 2024                    __/s/ Alvin K. Hellerstein__
              New York, New York             ALVIN K. HELLERSTEIN
                                                       United States District Judge